**FILED**

JAN 31 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David P. Christian,                          )
                                             )
        Plaintiff,          '                )
                                             )
        v.                                   )      Civil Action No.   **11 0276**
                                             )
Secretary of the Army *et al.*,              )
                                             )
        Defendants.                          )

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on its initial review of plaintiff's *pro se* Petition for a Writ

of Mandamus and application to proceed *in forma pauperis*. Plaintiff, a homeless individual in

Montrose, Colorado, seeks to correct his military records via a writ of mandamus or a declaratory

judgment. *See* Pet. at 1. The Court may not entertain an action for those extraordinary remedies

if another adequate remedy is available. *See, e.g., Mittleman v. United States Dep't. of Treasury,*

919 F. Supp. 461, 470 (D.D.C. 1995), *modified on other grounds,* 104 F.3d 410 (D.C. Cir. 1997)

(in exercising its discretion under the Declaratory Judgment Act, the district court should

consider, *inter alia*, the availability of other remedies); *Swan v. Clinton,* 100 F.3d 973, 977 n.1

(D.C. Cir. 1996) (mandamus relief is unavailable if, *inter alia*, another adequate remedy exists).

The Privacy Act, 5 U.S.C. § 552a, provides an adequate remedy for addressing plaintiff's claims.

Accordingly, it is this 24TH day of January 2011,

        **ORDERED** that the petition for a writ of mandamus is **DENIED**, and is hereafter

construed as a Civil Complaint; it is

        **FURTHER ORDERED** that the Clerk shall file this action as brought under the Privacy

Act, 5 U.S.C. § 552a, and randomly assign it to a district judge; it is

**FURTHER ORDERED** that plaintiff's motion to use a P.O. Box address is

**GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* is

**GRANTED**.

_____
United States District Judge